92 A.3d 670

IN THE MATTER OF DAVID L. WECHT, AN ATTORNEY
AT LAW (ATTORNEY NO. 038411989).

June 19, 2014.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 13–296, concluding that **DAVID L. WECHT** of **TENAFLY**, who was admitted to the bar of this State in 1989, should be reprimanded for violating *RPC* 1.15(a) (negligent misappropriation of client funds), *RPC* 1.15(d) and *Rule* 1:21–6 (record-keeping violations);

And the Disciplinary Review Board having further concluded that respondent should be required to provide to the Office of Attorney Ethics monthly reconciliations of his attorney account records on a quarterly basis and to submit proof of his fitness to practice law;

And good cause appearing;

It is ORDERED that **DAVID L. WECHT** is hereby reprimanded;  and it is further

ORDERED that respondent shall submit to the Office of Attorney Ethics monthly reconciliations of his attorney accounts prepared by a certified public accountant approved by the Office of Attorney Ethics, on a quarterly basis and until the further Order of the Court;  and it is further

ORDERED that within ninety days after the filing date of this Order, **DAVID L. WECHT** shall submit to the Office of Attorney Ethics proof of his fitness to practice law as attested to by a mental health professional approved by the Office of Attorney Ethics;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.